**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6297**

QIAN WILLIAMS,

Plaintiff - Appellant,

v.

EDGEFIELD MAILROOM CLERKS; EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION; JOHN DOES; MR. PARKER; MS. WELLS; MR. DAVIS; MR. HAWKES; MR. VANEMAN; WARDEN JANSON; TANEKA PRIESTER, Unit Staff; YOLANDA RANDOLPH, Unit Staff,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Jacquelyn Denise Austin, District Judge.  (5:23-cv-04388-JDA)

Submitted:  March 12, 2026                    Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Qian Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Qian Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Williams's complaint under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Williams v. Edgefield Mail Room Clerks*, No. 5:23-cv-04388-JDA (D.S.C. Mar. 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
